United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC REALTY INVESTMENT GROUP, INC., <br><br> Plaintiff(s), <br> v. <br><br> RUSSELL S. SPRANGLER, ET AL., <br><br> Defendant(s). | CASE NO. 5:CV 11-05303-EJD <br><br> **AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> [Re: Docket Item Nos. 3, 7, 8, 10] |

No objections having been received within the time allowed by Federal Rule of Civil Procedure 72(b), the court hereby ADOPTS the Report and Recommendation ("Recommendation") issued by Magistrate Judge Paul S. Grewal on November 16, 2011. See Docket Item No. 10.

Accordingly, the court orders this action REMANDED to the Superior Court of California for the County of Santa Clara. This order terminates Docket Item Nos. 3, 7, and 8. Upon remand, the Clerk of the Court shall close this file.

**IT IS SO ORDERED.**

Dated: December 2, 2011

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:CV-11-5303 EJD (PSG)
AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION (EJDLC4)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California